**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-2002-WJM-MJW

ROBERT M. PHOLOD, by and through his Guardians and Conservators,
JOHN A. POHLOD, and
JIM PITTS,

    Plaintiff,

v.

WRIGHT MEDICAL GROUP, INC., a Delaware corporation,
WRIGHT MEDICAL EUROPE, S.A., a foreign corporation,
ALEXANDER A. CARRILLO, M.D., and
HCA - HEALTHONE, LLC, d/b/a SKY RIDGE MEDICAL CENTER

    Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO REMAND TO BOULDER COUNTY
DISTRICT COURT**

    This matter is before the Court on the Defendants Wright Medical Group, Inc., and Wright Medical Technology, Inc.'s Unopposed Motion to Remand to Boulder County District Court, filed July 25, 2014 (ECF No. 9).  The Court having reviewed the Motion and being fully advised hereby FINDS as follows:

    Under the facts presented and for the reasons stated in the motion, removal is not appropriate and therefore the Court lacks jurisdiction over this matter.  Accordingly, the Court hereby GRANTS the Motion to remand.  It is hereby ORDERED that the above-captioned action is REMANDED to Boulder County District Court.  The Clerk shall transmit the file.

Dated this 30th day of July, 2014.

BY THE COURT:

_____
William J. Martinez
United States District Judge